__William Reynolds II ___(Full Name)
__loveguy02@hotmail.com__(Email Address)
_39 Lemoine Ave _(Address Line 1)
_Cheektowaga NY 14227 _(Address Line 2)
__503-428-1073 ___(Phone Number)
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT
FILED
FEB 10 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF NEW YORK

25 CV 127

William Reynolds II,

Plaintiff,

vs.

Jeffrey Schmidt, Shawn McAdams,
Cheektowaga Police Department
Town of cheektowaga

Defendant(s).

**Case No.:** ______________
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because all parties involved reside within Erie County NY

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

## III. PARTIES

3. Plaintiff William Reynolds II resides at:
*(your full name)*

39 Lemoine Ave Cheektowaga NY 14227.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Jeffrey Schmidt works at
*(full name of Defendant)*
Cheektowaga police dpeartment.
*(Defendant's place of work)*

Defendant's title or position is Captain.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☒ official capacity

This Defendant was acting under color of law because: he used his authority as a law enforcement officer to falsely arrest me causing undue harm and stress

5. Defendant Shawn Mcadams works at
*(full name of Defendant)*
Cheektowaga Police Department.
*(Defendant's place of work)*

Defendant's title or position is Lieutenant.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☒ official capacity

This Defendant was acting under color of law because: he used his authority as a law enforcement officer to falsely arrest me and failing to protect me from a fellow officer.

___. Defendant Cheektowaga Police Department works at
*Insert ¶ #* *(full name of Defendant)*

_______________________________________________.
*(Defendant's place of work)*

Defendant's title or position is _______________________.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☒ official capacity

This Defendant was acting under color of law because they denied me my rights and failed to protect me from an officer who arrested my unlawfully and denied me basic assistance under the Americans with Disabilities Act.

___. Defendant Town of Cheektowaga works at
*Insert ¶ #* *(full name of Defendant)*

_______________________________________________.
*(Defendant's place of work)*

Defendant's title or position is _______________________.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☒ official capacity

This Defendant was acting under color of law because they have continued to allow their own police department to investigate its own wrong doings making it impossible for residents to get justice against bad officers.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. On 12/4/25 I went to the Cheektowaga Police Dept (CPD) to file a complaint

*Insert ¶ #*

against a lieutenant from a previous day. I was advised by the front desk that I would need to file with a Captain or Chief and they were already gone for the day. I was advised to come back the following day (12/5/24) to be able to submit my complaint.

2. On 12/5/24 at approx 930a I arrived back at CPD to try and file my complaint

*Insert ¶ #*

with a Chief or Captain. I went to the front desk and advised I needed to speak with a Captain or Chief to be able to file a complaint and I was asked to have a seat in the lobby and I did. A little while later I got up to film around the lobby and was asked again if i needed anything new and I advised I did not, I was just filming and waiting.

3. Sergeant Rutkowski showed up sometime after 10am and spoke with me for approx

*Insert ¶ #*

45 minutes. He listened to the events that led up to me being there that day and advised me that the Captain and Chief were in a meeting and so it might be awhile before I could be seen. I advised I had all day and would wait until I was able to file my complaint.

4 . After calling into dispatch through the non emergency line Lieutenant McAdams
*Insert ¶ #*
comes out from the back to advise me that I would not be meeting with the Captain or Chief and that they would not be accepting anymore complaints form me and at this time I was being asked to leave the police station or I would be arrested for trespassing. I advised that I could not be trespassed without comitting a crime and exercising my first amendment right cannot be made into a crime.

5 . Capatin Schmidt then comes out from the back to address me. He advises that
*Insert ¶ #*
they will not be accepting my complaint today and they will not be acceppting any further complaints from me. I advised that this is a violation of my first amendment right and Captain Schmidt then tells me that I need to leave the lobby and I was being trespassed from CPD for obstruction of government operations because my presence is intimidating to their staff. He advised me if I was unhappy with the way CPD was handling my complaints I could get a lawyer or contact the DOJ to try and fight it.

6 . I advised I would not be leaving and I was now peacefully protesting their blatant denial
*Insert ¶ #*
of my first amendment right to redress grievances against my government. Captain Schmidt then grabs my left wrist and tries to pull me up from a seated position unsucessfully. At this time Lieutenant McAdams grabs me bry the right arm and the both forcibly put me in handcuffs and escorted me to the back where I was detained for over 2 hours and experienced two seperate and painful seizures resulting in me having to stay on the ground and be denied a safe chair to sit in (such as a wheel chair or something with arms) to avoid falling.

7 . I experienced two seperate seizures while in custody of CPD. The first was approx 11
*Insert ¶ #*
minutes after I was placed in a holding cell and after I had already asked for a chair that I could be safe in. During my first seizure the guard can be seen wheeling around on his chair completely neglecting me and refusing to provide care or even check to see if I was breathing or conscious. Once a second officer arrives then they unlock the cell and check on me. I remained on the floor for 40 minutes until I was able to gain enough strength to pull myself up onto the bench.

8 . Once I was on the bench a little bit of time lapsed and I had a second seizure. It
*Insert ¶ #*
wasnt until after this second seizure that they brought a wheelchair in to get me. During this seizure an officer had been assigned to watch me but had left to go do something else.

9 . I met with judge after they got me the wheelchair and was handed 3 seperate charges
*Insert ¶ #*
1. Obstructing Government Operations
2. Criminal Trespass
3. Resisting Arrest

All video footage can be seen at https://youtube.com/@gonzoaudits

Notarized affidavit also attached

## V. CLAIMS

## Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

Fist Amendment Right to Redress Grievances Against My Government

First Amendmendt Right to Free Speech

First Amendment Right to Peacefully Protest

___. The above civil right was violated by the following Defendants:
*Insert ¶ #*

Jeffrey Schmidt, Shawn McAdams,

Cheektowaga Police Department

Town of cheektowaga

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

_____. Lt McAdams and Captain Schmidt on behalf of the CPD denied me my right
*Insert ¶ #*
to file a complaint and then took away my right to free speech and my right to peacefully protest resulting in my unlawful arrest and detainment

___. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

I was physically harassed by two CPD officers acting under the color of law, resulting in two seizures, loss of liberties, loss of rights, and being illegally detained for over 2 hours.

**Claim #(2)**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. Violation of my Fourth Amendment Right by taking my papers and personal affects
*Insert ¶ #*
from me after I advised I did not consent to any search and seizure of my property. Since my arrest was unlawful so is the seizure of my affects.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Jeffrey Schmidt, Shawn McAdams,

Cheektowaga Police Department

Town of cheektowaga

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. My affects were removed from my person after I advised I do not give
*Insert ¶ #*
consent to any search and seizure.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Loss of liberties and violation of personal rights

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

____. $124,000 = $1000 for every minute I was handcuffed and unlawfully detained.
*Insert ¶ #*
The video shows my arrest at 1126am and my release at 130p totalling 124 minutes.

____. $50,000 for being denied my First Amendment Right to Redress Grievances to my
*Insert ¶ #*
Government, my Right to Free Speech and my Right to Peacefully Protest.

____. $125,000 for mental anguish , physical harassment of being forcibly handcuffed and
*Insert ¶ #*
detained and unnecessary pain caused by the 2 seizures sustained while in custody and denied a safe place to sit.

____. $260,000 = $5,000 for every minute my ADA rights were violated starting with
*Insert ¶ #*
my first seizure (12 minutes into custody) until I was finally provided a wheelchair (1 hour 4 minutes into custody) or 52 minutes total.

Plaintif is asking for a total of $559,000 for damages resulting from this incident.

Dated: Feb, 8 2025
Sign: [signature]
Print Name: William Reynolds II

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Feb 8, 2025
Sign: [signature]
Print Name: William Reynolds II

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
(Court Level and Jurisdiction)

| | |
|---|---|
| William Taylor Reynolds II<br><br>Plaintiff<br><br>-vs-<br><br>Jeffrey Schmidt, Shawn McAdams, Town of Cheektowaga Police Dept, Town of Cheektowaga,<br>_____________________,<br>_____________________, and<br>_____________________<br><br>Defendants | 25 CV 127<br>(Case I.D. Number) |

## AFFIDAVIT

I, William Taylor Reynolds II, of Cheektowaga, in Erie County, New York, MAKE OATH AND SAY THAT:

1. I William Reynolds was arrested while trying to file a complaint against a Lieutenant of the Cheektowaga Police Dept (CPD) on 12/5/24.

2. On 12/4/24 I arrived at CPD to file a complaint against one Lieutenant Slawatycki for unprofessional conduct during a public interaction. I was advised by dispatch that I needed to file the complaint with one of his supervisors and none were available at that time in the afternoon, but I would be able to meet with one if i returned during normal business hours the

following day.

3. On 12/5/24 at approx 930a I returned to file my complaint against the Lieutenant. I entered the CPD lobby and was greeted by the dispatcher. I advised I needed to speak with the Chief or Captain to file a complaint on a Lieutenant. The dispatcher said "ok please have a seat" and I went and sat down.

4. After sitting for a bit I got back up and began to film things I could see in the lobby. The dispatcher came out from the back room and asked if i needed anything else. I advised I was good, just filming and still waiting. Our interaction ended there.

5. After waiting some time for the Chief or Captain, Sergeant Rutkowski arrived and we spoke about my previous interactions with some of the Cheektowaga Police officers and what had brought me to this point in my complaint process. After talking for approx 45 minutes the Sergeant said he was told the Chief and Captain were in a meeting and I advised I could wait. The Sergeant said he would let them know I was waiting and he left without incident.

6. After some more waiting in the empty lobby Lieutenant Shawn McAdams comes out and advises that the Chief and/or Captain will not be coming out to take the complaint and that I was being asked to leave. I advised that it is my 1st amendment right to redress grievances to my government and I could not be trespassed from a public lobby without first committing a crime.

7. At this time Captain Schmidt comes out and tells me that all of my complaints, 4 in total, have been closed and that I was no longer allowed to file complaints against his officers and I was being told to leave or I would be arrested for trespassing. When I asked what crime I was being trespassed for I was told "obstruction of governmental operations" because I intimidated his staff.

8. I advised Captain Schmidt that I was going to stay where I was and peacefully protest the violation of my first amendment right to redress grievances to my government. Captain Schmidt then grabs my left arm and wrist and tells me that I am under arrest for trespassing. Lieutenant McAdams grabbed my right arm assisting Captain Schmidt in pulling me out of a seated position and forcibly putting my hands behind my back and Captain Schmidt then placing me in handcuffs at approx 1126a.

9. Due to my past interactions with CPD they are aware of my seizure disorder. Shortly after being searched and having my papers and affects removed from my person after I denied consent to do

so I was placed in a holding cell. After a short time in the cell (10-15 minutes) I had my first of two seizures. The officer in charge of my well being did not render aid or even check to see if i was breathing. Eventually another officer shows up and renders aid.

After I came out of my seizure I remained on the concrete floor due to no assistance offered to help me get up and being denied a chair with arms for safety in case of another seizure. I remained on the concrete floor for over 30 minutes without assistance. I was eventually able to pull myself up and go sit on the bench where I had a second seizure falling onto the floor. The officer that was supposed to be watching me had walked away and when he came back and saw me on the ground he then went and got assistance.

10. After my second seizure they went and got me a wheelchair to sit in. I was wheeled to a drinking fountain after asking for some water where because I was in pain and too lightheaded to stand safely and the officers refusing to assist me with a cup or anything so they just didnt let me get water. They also refused to let me have my shoes on even though the concrete was freezing and they were slip ons with no way to harm myself or others. They eventually gave them back after an hour of being in the cell and just before my second seizure.

11. At approx 1330 I was released with 3 citations and an order to appear on 2/11/25 here are my charges

1. Obstruction of Governmental Operations
2. Criminal Trespassing
3. Resisting Arrest.

STATE OF NEW YORK

COUNTY OF ERIE

SUBSCRIBED AND SWORN TO BEFORE ME, on the 10th day of February, 2025

Signature Kathleen M. Grimm (Seal)
NOTARY PUBLIC
My Commission expires: 05.23.2028

(Signature)

William Taylor Reynolds II

KATHLEEN M. GRIMM
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01GR6342666
Commission Expires May 23, 2028



©2002-2025 LawDepot.com®