UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350
OFFICIAL BUSINESS

NIXIE 482 52 18CU 2208/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 14202335099 0080N236141-01574

FIRST-CLASS
IMI
$003.14
08/18/2026 ZIP
043M31274707

USDC - WDNY
AUG 27 2026
BUFFALO

UNITED STATES DISTRICT COURT
FILED
AUG 27 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

25-cv-127

William Reynolds, II
39 Lemoine Avenue
Cheektowaga, NY 14227